UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,                           :
                                                    :
                                                    :  NOTICE OF APPEARANCE
            -against-                               :
                                                    :  07 MAG 0129
                                                    :
ROBERT PETRINO, SR.,                                :
                                                    :
                        Defendant.                  :
------------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

       Enter my appearance as local counsel in this case for defendant Robert Petrino, Sr.

I certify that I am admitted to practice in this court.


Dated:     March 14, 2007                    /s/
           New York, New York        Thomas C. Rotko (TR 9339)
                                     Clayman & Rosenberg
                                     305 Madison Avenue, Suite 1301
                                     New York, NY 10165
                                     Phone: (212) 922-1080
                                     Fax: (212) 949-8255