

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2007

**MEMO ENDORSED**

<u>BY FAX</u>
The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007
(212) 805-7906



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

Re: <u>United States v. Robert Petrino, Sr.</u>,
   07 Cr. 469 (DC)

Dear Judge Chin:

    The above referenced Information was filed on May 24, 2007 and assigned to Your Honor. On that date, the defendant was also arraigned by Magistrate Judge Kevin Nathaniel Fox. Judge Fox set a control date of June 20, 2007. Enclosed please find a copy of the Information and the Complaint that was previously filed in this case.

    The parties are currently involved in discussions concerning a possible disposition of the case. The Government respectfully requests, with the consent of the defendant, that the Court schedule an initial conference and/or plea hearing in approximately 30 days, so as to allow the parties to finalize their discussions. I have spoken to your deputy who advised me that the Court is available for such a conference on Monday, July 9, 2007 at 10:30 a.m.

    The Government also respectfully requests that the time between June 20, 2007 and July 9, 2007 be excluded from calculations under the Speedy Trial Act. The exclusion would be in the interest of justice because it would allow the Government to produce discovery, provide time for defense counsel to review discovery, and to allow the parties to continue their discussions concerning a possible disposition of the case. I have spoken to

Thomas Butters, Esq, who is counsel for the defendant, and he specifically consented to this request.

I have enclosed a proposed Order for the Court's consideration.

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney

By:                /s/ Jonathan B. New
                                              Jonathan B. New
                                              Assistant U.S. Attorney
                                              (212) 637-1049

Enc.
cc w/enc.: Thomas Butters, Esq.

SO ORDERED.

/s/ DC
LPJ
6/5/07