# BUTTERS BRAZILIAN LLP

JOHN H. BRAZILIAN
THOMAS J. BUTTERS

MATTHEW D. THOMPSON
AIME L. GOLDBERG*
KATHLEEN M. AVITABILE
MEGAN E. PERROTTA

*Also admitted in New York

ONE EXETER PLAZA
BOSTON, MASSACHUSETTS 02116
617.367.2600
f 617.367.1363
www.buttersbrazilian.com

September 26, 2007

LENARD B. ZIDE
OF COUNSEL

By Facsimile: 212.805.7906
& First Class Mail

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/07

Re: *United States v. Robert Petrino, Sr., 07 Cr. 469 (DC)*
    *United States v. Robert Petrino, Sr., 07 Cr. 806 (BSJ)*

Dear Judge Chin:

This letter serves to request an adjournment of Mr. Petrino's sentencing from October 25 to November 2, 2007. There are several reasons for this request. First, I have a previously scheduled motion to suppress in a serious case that is now scheduled for an evidentiary hearing on October 25. Second, Judge Jones scheduled this date for sentencing before the cases were consolidated. I made travel and hotel reservations based on this date.

Thank you very much for your consideration.

Sincerely,

Thomas J. Butters

TJB:jm

cc: Jonathon New, Assistant United States Attorney
    Sarah Anderson, U.S. Probation

*[Handwritten note:]* The sentencing in 07 Cr. 469 is adjourned to 11/2/07 at 2 pm. I will sentence the defendant in both cases then. SO ORDERED.
USDJ 9/28/07