USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA
                                     :
        - against -
                                     :
ROBERT PETRINO, SR.,
                                     :
                    Defendant.
                                     :
- - - - - - - - - - - - - - - - - - -x

ORDER

07 CR. 469 (DC)
07 CR. 806 (DC)

**CHIN, D.J.**

        On November 2, 2007, the Court sentenced the defendant
to a term of imprisonment of sixty-nine months.  The sentence was
an adverse non-guidelines sentence in that it was above the
guidelines range.  Although the Court indicated during the
sentencing that it was considering imposing such an adverse non-
guidelines sentence, defense counsel did not request a
continuance or a further opportunity to make additional
arguments.

        Nonetheless it is plain error for a court not to give
prior notice of its intent to give an adverse non-guidelines
sentence.  United States v. Gilmore, 471 F.3d 64, 66 (2d Cir.
2006).  Accordingly, the Court will defer entering judgment for
now.  If the defendant wishes an opportunity to challenge the
grounds relied on by the Court for imposing the adverse non-
guidelines sentence, defense counsel shall advise the Court by
letter within three business days.  If such request is made, the
Court will schedule another hearing at which the defendant may
present his argument orally, and defense counsel may also submit
written arguments prior thereto if he wishes.  If the Court does

not hear from the defendant within three days, the sentence will stand and the Court will enter judgment accordingly.

SO ORDERED.

Dated:     New York, New York
           November 7, 2007

                                        DENNY CHIN
                                        United States District Judge